UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. DINKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　Respondents. | Case No. 2:21-cv-06991-CAS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 9), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 12).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

//

//

1

IT IS THEREFORE ORDERED that Grounds Two, Three, and Four of the First Amended Petition are dismissed without further leave to amend.

DATED: March 3, 2022

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

*Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE