JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. DINKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Respondent. | Case No. 2:21-cv-06991-CAS-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without leave to amend.

DATED: October 27, 2022

　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE