UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. DINKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　Respondent. | Case No. 2:21-cv-06991-CAS-KES<br><br>ORDER DISMISSING SECOND AMENDED PETITION |

　　Pursuant to the Ninth Circuit's memorandum opinion issued on March 25, 2024 (Dkt. 43) and mandate issued on May 17, 2024 (Dkt. 44), Judgment shall be entered dismissing this action for lack of jurisdiction.

　　Because this order and judgment are being entered at the direction of the Ninth Circuit, no certificate of appealability shall issue at this time. <u>See generally</u> 28 U.S.C. § 2253(c)(1) ("Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken *to the court of appeals*....") (emphasis added).

DATED: May 28, 2024

　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE