JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. DINKINS, | Case No. 2:21-cv-06991-CAS-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES, et al., | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Second Amended Petition, IT IS ADJUDGED that the Second Amended Petition is dismissed for lack of jurisdiction.

DATED: May 28, 2024

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE